# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148796

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LILLIAN DIRETTE, Personal
Representative and Individually for
the Estate of GUSTY MELVIN
DIRETTE,
        Plaintiff-Appellant,

v

DAIRY QUEEN OF PRUDENVILLE,
a/k/a PRUDENVILLE DAIRY QUEEN,
DOROTHY RUMSLEY TRUST, and
DOROTHY RUMSLEY, d/b/a DAIRY
QUEEN OF PRUDENVILLE,
        Defendants-Appellees,

and

AMERICAN DAIRY QUEEN
CORPORATION, INTERNATIONAL
DAIRY QUEEN CORPORATION, and
BERKSHIRE HATHAWAY, INC.,
        Defendants.

SC: 148796
COA: 309604
Roscommon CC: 10-728737-NO

_____/

On order of the Court, the application for leave to appeal the January 14, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

h0519